UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NASIR FINNEMEN,<br><br>    Plaintiff,<br><br>v.<br><br>JAYA, *et al.*,<br><br>    Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>No. 23-21760 (KMW-SAK)<br><br>MEMORANDUM OPINION AND ORDER |

This matter comes before the Court *sua sponte* in connection with the Complaint and Application to Proceed *In Forma Pauperis* of Plaintiff Nasir Finnemen. Previously, the Court granted Plaintiff's *in forma pauperis* Application. (ECF No. 3). Thus, the Court is now required to screen the Complaint pursuant to 28 U.S.C. §1915(e)(2)(B), and dismiss any claim that is frivolous, malicious, fails to state a claim for relief, or otherwise seeks relief from an immune defendant. For the reasons set forth below, Plaintiffs' Complaint is dismissed for failing to state a claim.

1)      Plaintiff, proceeding *pro se*, brings this action against Defendant "Jaya," and Michael Degnan, both who ostensibly work for the U.S. Post Office. Plaintiff alleges on September 8 and October 13, 2023 he went to the U.S. Post Office on 1801 Atlantic Avenue in Atlantic City, New Jersey to retrieve his mail. Pl.'s Compl. at III. C. From what can be ascertained from the Complaint, Plaintiff alleges that "Jaya," the clerk at the mail office told him he did not have mail, mistreated him, and told him "don't come here no more." *Id.* Plaintiff believes that "Jaya" is breaking the law and abusing her job title. *Id.* He also asserts that he tried to call Michael Degnan, the "district manager" on five different occasions, but Plaintiff was unable to reach him, and so he filed a complaint. *Id.* Plaintiff asserts the following injuries:

stress, anger, worries, anxiety, depression, for which he takes acetaminophen. *Id.* at IV. Plaintiff wants "the courts do investigate [and] punish the cause of behavior on-going with listed amended employees at the U.S. Postal Service[.]"

2) While Plaintiff's Complaint asserts Federal Question jurisdiction, the Complaint does not indicate any federal statue under which Plaintiff seeks relief;

3) The Court finds that Plaintiff has failed to state a claim pursuant to Fed. R. Civ. P. Rule 8(a).[1] Thus, the Complaint does not state a claim upon which relief can be granted.

**IT IS THEREFORE** on this 20th day of December 2023,

**ORDERED** that Plaintiffs' Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

**FURTHER ORDERED** that Plaintiff is granted leave to amend his Complaint within 30 days of issuance of this order; and

**FURTHER ORDERED** that if Plaintiff does not amend his Complaint within 30 days, the Clerk is directed to close the case without further Order from the Court; and

**FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiffs by regular U.S. mail.

Hon. Karen M. Williams,
United States District Judge

---

[1] Rule 8(a) provides, in pertinent part:
Claim for Relief. A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

2